IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT WESLEY HALLMAN | : | |
| | : | |
| v. | : | CIV. NO. 12-473 |
| | : | |
| MONTGOMERY COUNTY COURT HOUSE, et al. | : | |
| | : | |

_____

### ORDER

**AND NOW,** this 28th day of March, 2012, for the reasons stated in the accompanying Decision, it is hereby **ORDERED** that Plaintiff's Amended Complaint (*Doc. No. 5*) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff's claims for damages that are barred by Heck v. Humphrey, 512 U.S. 477 (1994) are **DISMISSED without prejudice** to his reasserting those claims in the event his sentence is invalidated or called into question by a federal court's issuance of a writ of habeas corpus.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
**PAUL S. DIAMOND, J.**